UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA/KENTUCKY/OHIO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, )
INDIANA/KENTUCKY/OHIO REGIONAL )
COUNCIL OF CARPENTERS DEFINED )
CONTRIBUTION PENSION FUND, )
INDIANA/KENTUCKY/OHIO REGIONAL )
COUNCIL OF CARPENTERS WELFARE )
FUND, )
INDIANA/KENTUCKY/OHIO REGIONAL )
COUNCIL OF CARPENTERS JOINT )
APPRENTICESHIP AND TRAINING FUND, )
CENTRAL MIDWEST REGIONAL )
COUNCIL OF CARPENTERS, )
                                        )
              Plaintiffs,               )
                                        )
       v.                               )    No. 1:24-cv-02012-JRO-MJD
                                        )
JC&C BUILDERS, LLC Clerk's Entry of     )
Default Entered 1/15/2025,              )
                                        )
              Defendant.                )

**FINAL DEFAULT JUDGMENT**

Judgment in favor of the Plaintiffs is hereby entered against Defendant

JC&C Builders, LLC in the amounts of $6,323.24 in contributions owed to the

Trust Funds, plus $619.93 in contributions/deductions owed to the Union, plus

$1,596.53 in interest owed to the Trust Funds, plus $632.32 in liquidated

damages owed to the Trust Funds, plus $20,448.33 in reasonable attorneys' fees and costs, for a total of $29,620.35.

**SO ORDERED.**

Date: June 17, 2026

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email